aw Division Motion Section Initial Case Management Dates for Calendars (A,B,C,D,E,F,H,R,X,Z) will be heard In Person.
ll other Law Division Initial Case Management Dates will be heard via Zoom
or more Information and Zoom Meeting IDs go to https.//www.cookcountycourt,org/HOME?Zoom-Links?Agg4906_SelectTab/12
ourt Date: 1/3/2024 10:00 AM

**IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**
**COUNTY DEPARTMENT, LAW DIVISION**

FILED
10/26/2023 5:03 PM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2023L010947
Calendar, A
24965831

|  |  |  |
|---|---|---|
| ANA JUNEJA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 2023L010947 |
| | ) | |
| JONATHAN M. REGISTER and | ) | |
| GHOSTAURANT, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

## COMPLAINT

NOW COMES Plaintiff ANA JUNEJA ("Juneja"), by her undersigned attorneys,

complaining of Defendants JONATHAN M. REGISTER ("Register") and GHOSTAURANT,

LLC ("Ghostaurant"), (collectively, "Defendants"), and states as follows:

### BACKGROUND

1.      Juneja is an attorney, licensed to practice law in Illinois and operating the law firm

Ana Law, LLC ("Ana Law"), in Chicago, Cook County, Illinois.

2.      Ghostaurant is a Florida limited liability company owned and operated by Register

and often doing business as "Virturant".

3.      Register is an individual who, on information and belief, resides in Florida, maintains

another residence in Cook County, Illinois, and owns and operates Ghostaurant, through which

Register operates several "cloud kitchen" or "ghost kitchen" entities in Chicago and Cook County,

Illinois, through Uber Eats.

4.      On or about January 10, 2023, Register and Ghostaurant entered into a contract with

Ana Law for Juneja to provide legal services to Defendants.  Juneja specializes in intellectual

property law, primarily in registering trademarks, copyrights, and patents with the U.S. Patent and

Trademark Office ("USPTO").

5. Since her engagement by Defendants, Juneja has successfully registered eleven (11) trademarks for Defendants including "French Toastery", "Grilled Cheesin", and "Cheezie Macs". Defendants' trademarks are used for ghost or cloud kitchens operating under Defendants' French Toastery, Grilled Cheesin, and Cheezie Macs trademarks, out of locations in Melrose Park, Broadview, Homewood, and Chicago, all of which are located in Cook County, Illinois. Defendants are conducting business in Cook County, Illinois.

6. Shortly after Juneja successfully registered a few of Defendants' trademarks, Register expressed his appreciation of Juneja's work and lauded her expertise in getting Defendants' marks registered so quickly.

7. After Juneja had gotten a total of eleven (11) of Defendants' marks registered with the USPTO, on or about September 17, 2023, Register proposed that Juneja invest in Register's Ghostaurant business in exchange for free legal services from Juneja, which Juneja advised would not be acceptable.

8. On September 20, 2023, as a result of Register's September 17, 2023 proposal regarding Juneja's investment, as well as other improper communications from Register, Juneja terminated her representation and that of Ana Law.

9. Almost immediately after Juneja's termination of the attorney-client relationship, Register, individually and through his Ghostaurant email, began sending emails and texts to Juneja and Juneja's staff of attorneys and support individuals.

10. Defendants threatened to report Juneja to the Illinois and Florida bar associations, falsely stated that she lacked both ethics and competency in pursuing trademark registration and in providing legal services. Specifically, on September 20, 2023, Register, both individually and on behalf of Ghostaurant, made the following statements:

At 11:03 a.m. Defendants stated to Juneja and her staff:

2

Hey Ana, not surprising
I suggest you hit the gym and get on the treadmill instead of worrying about creating so
many other Instagram pages. You may have a better attitude towards life and your customers
who actually pay the bills.
Have a great life!

At 11:15 a.m., Register texted Juneja the following:

Will be sending you an invoice for minimum 4K. If not paid will be sending to
collections. Happy to take to a jury trial. Your lack of any trademark tracking,
services as promised, negligible due diligence and overwhelming caseloads hindered
you from performing your duties properly, and are going to be pretty obvious to a
jury. See you soon Ana!

At 12:02 p.m., Register texted Juneja threatening the following:

Will also be sending a letter and expressing our concerns to the Illinois and Florida
bars.

At 12:05 p.m. Register texted Juneja the following:

https://www.iardc.org/Home/FileComplaint

At 12:08 p.m. Register threatened Juneja as follows:

Unfortunately, your behavior is unbecoming of an attorney. Hopefully the proper
legal remedies will suspend your license to practice. Should also be a nice addition to
the Florida application.

At 12:09 p.m. Register further threatened Juneja, stating:

Treat me like a game, I'll show you how it's played

At 12:09 p.m. Register texted the following:

I think maybe a digital creator role is probably better for you. You seem to spend
much more time on Instagram and creating posts than focusing on customer cases.

At 12:09 p.m. Register further threatened:

Anyway, we will let the courts decide. Thanks again, have a great day! :)

At 4:35 p.m., Defendants emailed Juneja's staff the following:

You little Fatty, our invoice is coming today. J

At 4:50 p.m., Defendants posted a one (1) star review of Juneja's firm on Google.

On September 29, 2023, Defendants emailed Juneja's billing manager stating, "guess someone needs to pay for her gym membership that's never used".

11.     When Defendants made their statements, they were aware that Juneja's emails and texts were read, monitored, and seen by her entire staff.

## COUNT I – DEFAMATION *PER SE*

12.     Juneja re-alleges and incorporates Background Paragraphs 1-11 as Paragraph 12 of this Count I as though fully set forth herein.

13.     Defendants' assertions regarding Juneja's competency and diligence as an attorney and her legal ethics are completely without merit and in direct contradiction with Register's prior stated satisfaction with Juneja's work and Juneja's successful performance of her obligations to Defendants.

14.     Defendants' accusations are false and defamatory *per se*.

15.     As a proximate result of the defamatory statements of Defendants, Juneja has sustained injuries to her good name, character and reputation, so as to establish presumed damages in excess of this Court's jurisdictional requisite.

16.     Defendants' defamatory statements were made with knowledge of their falsity and with a reckless disregard for the truth, so as to justify an award of punitive damages.

WHEREFORE, Plaintiff ANA JUNEJA ("Juneja"), through her undersigned attorneys, prays that this Court enter judgment in favor of Juneja and against Defendants JONATHAN M. REGISTER ("Register") and GHOSTAURANT, LLC ("Ghostaurant"), (collectively, "Defendants"), jointly and severally, in an amount in excess of $100,000.00, awarding Juneja punitive damages including Juneja's attorney's fees and costs, and for such additional relief as this Court deems just, or to which she is otherwise entitled.

4

## COUNT II-FALSE LIGHT

17.     Juneja re-alleges and incorporates Paragraphs 12-16 of Count I as Paragraph 17 of this Count II, as though fully set forth herein.

18.     Defendants' statements and threats were highly offensive and Defendants were aware, when they made the statements and threats, that a reasonable person would be seriously offended and aggrieved by Defendants' publication of their statements and threats, and Juneja was seriously offended.

19.     Defendants are aware that Juneja maintains a significant online presence relating to her expertise in intellectual property law and that Juneja relies on her staff in executing her duties and needs these staff members to retain both their respect and employment with Juneja.

20.     Defendants' posting of a one (1) star review of Juneja's law firm was done to harm Juneja's business and destroy her reputation with the online community.

21.     Defendants' statements to Juneja's staff were made to threaten and harass Juneja, but also to interfere with Juneja's relationship with her staff, impacting her reputation with them and further threatening her business.

22.     Characterizing Juneja as "fat", lazy, dilatory in performing her obligations to her clients, and unethical, as well as threatening her with "damages", lawsuits, and reporting her to bar associations and the Illinois Attorney Registration and Disciplinary Association ("ARDC"), thus threatening Juneja's license to practice law, is highly offensive and would be highly offensive to any reasonable person.

23.     Defendants' statements are defamatory per se, and Defendants acted with actual malice since Register was angry that Juneja terminated her attorney relationship with Defendants and requested that Defendants pay their legal bills. Defendants had no factual basis for making their

statements and threats and did so only in an effort to harm Juneja and get her to back off on getting paid for the work she performed.

WHEREFORE, Plaintiff ANA JUNEJA ("Juneja"), through her undersigned attorneys, prays that this Court enter judgment in favor of Juneja and against Defendants JONATHAN M. REGISTER ("Register") and GHOSTAURANT, LLC ("Ghostaurant", (collectively, "Defendants"), jointly and severally, in an amount in excess of $100,000.00, awarding Juneja punitive damages including Juneja's attorney's fees and costs, and for such additional relief as this Court deems just, or to which she is otherwise entitled.

**COUNT III-INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS**

24.     Juneja re-alleges and incorporates Paragraphs 17-23 of Count II as Paragraph 24 of this Count III, as though fully set forth herein.

25.     Defendants' conduct in publishing false and defamatory statements about Juneja and in threatening Juneja with baseless lawsuits and reporting her to attorney disciplinary agencies, was extreme and outrageous.

26.     Defendants willfully, maliciously, and intentionally engaged in extreme and outrageous conduct with the intent to inflict severe emotional distress upon Juneja or, alternatively, with the knowledge that there was a high probability that such conduct would cause Juneja severe emotional distress.

27.     As a direct and proximate result of Defendants' conduct, and the resulting emotional distress, Juneja has suffered humiliation, embarrassment, headaches, depression, anxiety, lack of sleep, mental anguish, with and without physical symptoms.

WHEREFORE, Plaintiff ANA JUNEJA ("Juneja"), through her undersigned attorneys, prays that this Court enter judgment in favor of Juneja and against Defendants JONATHAN M. REGISTER ("Register") and GHOSTAURANT, LLC ("Ghostaurant"), (collectively,

"Defendants"), jointly and severally, in an amount in excess of $100,000.00, awarding Juneja

punitive damages including Juneja's attorney's fees and costs, and for such additional relief as this

Court deems just, or to which she is otherwise entitled.

Respectfully submitted,

ANA JUNEJA

By: ___/s/ Monica A. Forte_____
One of her Attorneys

FORTE & ASSOCIATES, LLC
4254 N. Damen
Chicago, Illinois 60618
(312) 880-1003
Atty. No. 64217
fortelawyers@gmail.com

7